JAMES HEDGES, Plaintiff in Error, v. THE NORTH MISSOURI RAILROAD COMPANY, Defendant in Error.

1. *Practice, Supreme Court — Law points not saved and no bill of exceptions, judgment affirmed.*— Where no questions of law are raised. and no bill of exceptions is preserved, the judgment will be affirmed.

*Error to Clinton Circuit Court.*

*Birch*, and *Vories & Vories*, for plaintiff in error.

*George W. Dunn*, for defendant in error.

WAGNER, Judge, delivered the opinion of the court.

The record in this case presents essentially the same state of facts that was exhibited in the case of Blankenship v. North Mo. R.R., *ante*, p. 376. There are no questions of law raised or saved at the trial, and no bill of exceptions preserved.

Judgment affirmed. The other judges concur.